

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:      In the Interest of M.A.B., IV, a Child

Appellate case number:   01-15-00388-CV

Trial court case number:  2014-00044J

Trial court:                314th District Court of Harris County

      It is ordered that Appellant's Motion for Rehearing is **denied**.

Justice's signature: /s/ Rebeca Huddle

                  Acting for the Court

Panel consists of:   Chief Justice Radack and Justices Bland and Huddle

Date: November 24, 2015